RECEIVED

MAR - 2 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| TERRY DAVIS, JR.<br>LA. DOC #345635<br>VS. | CIVIL ACTION NO. 6:14-cv-3166<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| CLERK OF COURT,<br>ACADIA PARISH | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE** as frivolous.

**The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.**

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this _2_ day of _March_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE